NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**B# ON DEMAND LLC,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

_____

2022-1357

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00995.

_____

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    B# ON DEMAND LLC v. UNIFIED PATENTS, LLC

(2)  Each side shall bear their own costs.


                                   FOR THE COURT

April 22, 2022
    Date                           /s/ Peter R. Marksteiner
                                   Peter R. Marksteiner
                                   Clerk of Court


**ISSUED AS A MANDATE:** April 22, 2022